STEPHEN L. BERRY (SB# 101576)
stephenberry@paulhastings.com
DEBORAH S. WEISER (SB# 167132)
deborahweiser@paulhastings.com
KARIN K. SHERR (SB# 229423)
karinsherr@paulhastings.com
PAUL, HASTINGS, JANOFSKY & WALKER LLP
695 Town Center Drive, 17th Floor
Costa Mesa, CA  92626-1924
Telephone:  (714) 668-6200
Facsimile:  (714) 979-1921

Attorneys for Defendants
THE TRIZETTO GROUP, INC. and
CALIFORNIA PHYSICIANS' SERVICE
dba BLUE SHIELD OF CALIFORNIA

MICHAEL L. TRACY (SB# 237779)
mtracy@michaeltracylaw.com
MEGAN ROSS HUTCHINS (SB# 227776)
mhutchins@michaeltracylaw.com
LAW OFFICES OF MICHAEL TRACY
2030 Main Street, Suite 1300
Irvine, CA  92614
Telephone:  (949) 260-9171
Facsimile:  (866) 365-3051

Attorneys for Plaintiff
KENNETH BRADY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| KENNETH BRADY, an individual, on behalf of himself others similarly situated, and on behalf of The State of California Labor and Workforce Development Agency as a Private Attorney General,<br><br>Plaintiff,<br><br>vs.<br><br>THE TRIZETTO GROUP, INC., A DELAWARE CORPORATION; CALIFORNIA PHYSICIANS' SERVICE, A CALIFORNIA CORPORATION; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. 2:10-CV-00163-GEB-EFB<br><br>Hon. Garland E. Burrell, Jr.<br><br>**JOINT STIPULATION AND ORDER TO CONTINUE THE SCHEDULING CONFERENCE CURRENTLY SET FOR APRIL 26, 2010**<br><br>Date:  April 26, 2010<br>Time:  9:00 a.m.<br>Courtroom:  10<br>Judge:  Garland E. Burrell, Jr. |

1   WHEREAS, Plaintiff Kenneth Brady ("Plaintiff") filed a putative FLSA collective action against The TriZetto Group, Inc. and California Physicians' Service dba Blue Shield of California ("Defendants").  Plaintiff alleges that Defendants misclassified him, and other purported "similarly situated" persons, as exempt from overtime rules and regulations.

WHEREAS, the parties have engaged in serious settlement discussions and are close to a final agreement to resolve the matter.  The parties believe that such discussions at this stage in the proceedings benefit all parties and the Court.  The parties presently anticipate that within a month they will be in a position to report to the Court whether they have agreed to a final resolution of this matter.

WHEREAS, the Court has set a Pretrial/Scheduling Conference for April 26, 2010 at 9:00 a.m.  Based upon this hearing date, the parties are mindful of their pressing discovery obligations under Federal Rule of Civil Procedure 26.

Therefore, the parties respectfully request the Court to reschedule the Pretrial/Scheduling Conference and associated FRCP 26 deadlines to a date in early June 2010 to enable the parties to focus their efforts to resolve the matter informally, without incurring the additional time and expense involved in the Rule 26 requirements and engaging in formal discovery.

IT IS HEREBY STIPULATED by and among Plaintiff and Defendants, through their respective counsel, that, subject to this Court's approval:

(1)   The Pretrial/Scheduling Conference currently on calendar for April 26, 2010 at 9:00 a.m. shall be rescheduled;

1        (2)    No later than May 14, 2010, the parties will either have filed a Notice of Settlement or a Stipulation for Dismissal of Entire Action with Prejudice, or will be proceeding with formal litigation;

      (3)    If the parties have not filed either a Notice of Settlement or a Stipulation for Dismissal of Entire Action with Prejudice by May 14, 2010, the Pretrial Scheduling Conference shall be reset to a date at the Court's convenience in June 2010 or later.

**IT IS SO STIPULATED**.

DATED:  April 12, 2010    STEPHEN L. BERRY
                                      DEBORAH S. WEISER
                                      KARIN K. SHERR
                                      PAUL, HASTINGS, JANOFSKY & WALKER LLP

By:      /s/ Deborah S. Weiser
          DEBORAH S. WEISER

Attorneys for Defendants
THE TRIZETTO GROUP, INC. and
CALIFORNIA PHYSICIANS' SERVICE
dba BLUE SHIELD OF CALIFORNIA

DATED:  April 12, 2010    MICHAEL L. TRACY
                                      MEGAN ROSS HUTCHINS
                                      LAW OFFICES OF MICHAEL TRACY

By:      /s/ Michael L. Tracy
          MICHAEL L. TRACY

# **ORDER**

Based on the foregoing, IT IS HEREBY ORDERED that the Pretrial/Scheduling Conference set for April 26, 2010 at 9:00 a.m. shall be vacated.

IT IS FURTHER ORDERED that no later than May 14, 2010, the parties will have filed either a Notice of Settlement or a Stipulation for Dismissal of Entire Action with Prejudice, or will be proceeding with formal litigation. If the parties will be proceeding with litigation, the Pretrial Scheduling Conference shall be reset to the date of June 28, 2010, at 9:00 a.m. A joint status report is to be filed fourteen days prior to the hearing.

IT IS FURTHER ORDERED that should a Pretrial/Scheduling Conference take place in this case, the Court will then set all filing deadlines, including the class certification briefing schedule.

IT IS SO ORDERED.

Dated: 4/14/10

```
GARLAND E. BURRELL, JR.
United States District Judge
```